464 A.2d 535

Commonwealth v. Daniels, Appellant.
Petition for Allowance of Appeal
Denied April 3, 1984.

Submitted February 4, 1983. Anne L. Wall, Assistant Public Defender, for appellant; Kenneth D. Brown, District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and MONTGOMERY, JJ.

The judgment of sentence of the learned Lycoming County Common Pleas Court Judge Thomas C. Raup is affirmed.

464 A.2d 536

Commonwealth v. DeLeur, Appellant.

Submitted January 19, 1982. Albert Joseph Flora, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before JOHNSON, WATKINS and LIPEZ, JJ.

Judgment of sentence affirmed.